# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: BRYAN D. FERGUSON             §    Case No. 12-82139
       ANGIE R. FERGUSON             §
                                     §
       Debtor(s)                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 05/31/2012.

2) The plan was confirmed on 08/10/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 10/02/2015, 01/08/2016.

5) The case was converted on 01/07/2016.

6) Number of months from filing or conversion to last payment: 37.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,744.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 31,275.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 31,250.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,788.96 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,788.96 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY JACQUELINE J | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| CITIFINANCIAL | Sec | 400.00 | 400.00 | 400.00 | 300.25 | 0.00 |
| CITIFINANCIAL | Uns | 2,238.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Sec | 24,321.31 | 24,309.31 | 24,309.31 | 15,394.73 | 3,489.01 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Sec | 0.00 | 57,088.19 | 0.00 | 0.00 | 0.00 |
| JENNIFER FERGUSON | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 5,000.00 | 7,076.91 | 7,076.91 | 7,076.91 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,770.64 | 1,770.64 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 4,000.00 | NA | NA | 0.00 | 0.00 |
| ABS / CHASE ELT WAC LLCNST | Uns | 3,334.00 | NA | NA | 0.00 | 0.00 |
| AED / CHASE ELT WAC LLCNST | Uns | 3,667.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT & | Uns | 1,041.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| AMSHER COLLECTION SERVICES | Uns | 803.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES LTD | Uns | 591.00 | NA | NA | 0.00 | 0.00 |
| ARC - DEKALB LLC | Uns | 39.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CAPITAL | Uns | 844.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BLATT HASENMILLER LEIBSKER & | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BOB PIGOTT | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,857.00 | 2,925.42 | 2,925.42 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 0.00 | 410.95 | 410.95 | 0.00 | 0.00 |
| CHASE | Uns | 3,130.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC | Uns | 5,753.00 | 3,716.55 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 564.43 | 564.43 | 0.00 | 0.00 |
| CONTINENTAL FINANCE CO | Uns | 671.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 223.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 223.00 | NA | NA | 0.00 | 0.00 |
| CPS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 487.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 0.00 | 559.12 | 559.12 | 0.00 | 0.00 |
| MEDIACOM COMMUNICATONS | Uns | 1,020.00 | 945.86 | 945.86 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 470.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 345.00 | 567.98 | 567.98 | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| EOS GROUP / EOS CCA | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 15,230.00 | NA | NA | 0.00 | 0.00 |
| EXPERIAN NCAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| F & M PROPERTY MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| F & M PROPERTY MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CITY FUNDING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 416.00 | 269.20 | 269.20 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 16,777.00 | 16,919.38 | 16,919.38 | 68.22 | 0.00 |
| GM FINANCIAL | Uns | 16,777.00 | NA | NA | 0.00 | 0.00 |
| GREGG JENKINS | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| HEAVNER SCOTT BEYERS & | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 718.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 564.00 | 564.09 | 564.09 | 0.00 | 0.00 |
| JEFFERSON COUNTY CIRCUIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KATHRUN KINGSLEY | Uns | 3,495.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 718.00 | 959.12 | 959.12 | 0.00 | 0.00 |
| MAIN STREET ACQUISITION CORP | Uns | 803.00 | NA | NA | 0.00 | 0.00 |
| MARION COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER FOR ADVANCED | Uns | 844.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPEDIC | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL STUDENT LOAN | Uns | 3,132.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NEBRASKA STUDENT LOAN | Uns | 10,159.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 2,000.00 | 622.41 | 622.41 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 502.50 | 502.50 | 0.00 | 0.00 |
| PFG OF MINNESOTA | Uns | 269.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE HEALTHCARE LTD | Uns | 11.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS LTD | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| RONALD HENNINGS PC | Uns | 905.00 | NA | NA | 0.00 | 0.00 |
| ROZLIN FINANCIAL GROUP INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNT MANAGEMENT | Uns | 269.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 8,558.00 | 11,193.67 | 11,193.67 | 45.13 | 0.00 |
| SCOTT HERMAN DDS | Uns | 441.00 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN ASSOCIATES | Uns | 3,650.00 | NA | NA | 0.00 | 0.00 |
| THE NATIONAL BANK & TRUST | Uns | 12,175.00 | 13,677.36 | 13,677.36 | 55.15 | 0.00 |
| TRANSUNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| USCB | Uns | 1,101.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF HAMPSHIRE | Uns | 529.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JENNIFER FERGUSON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AAFES/MIL STAR/EXCHANGE | Uns | 0.00 | 3,422.67 | 3,422.67 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 740.75 | 740.75 | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Uns | 0.00 | 483.64 | 483.64 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 1,304.80 | 1,304.80 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 0.00 | 315.02 | 315.02 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 7,851.17 | 7,851.17 | 31.64 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 24,709.31 | $ 15,694.98 | $ 3,489.01 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 24,709.31 | $ 15,694.98 | $ 3,489.01 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 7,076.91 | $ 7,076.91 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 7,076.91 | $ 7,076.91 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 66,820.18 | $ 200.14 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,788.96 |
| Disbursements to Creditors | $ 26,461.04 |
| **TOTAL DISBURSEMENTS:** | $ 31,250.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 01/28/2016          By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)